IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.
Plaintiff(s)

Civil No. 98-1984 (SEC)

V.

CARIBBEAN PAPER CO., INC.
Defendant(s)

RECEIVED & FILED
1999 NOV -4 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 10/29/99   DOCKET #: 12   TITLE: Motion for Withdrawal of Legal Representation

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

November 3, 1999
DATE

SALVADOR E. CASELLAS
United States District Judge