IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.           *
                                 *
Plaintiff                        *       Civil No. 98-1984(SEC)
                                 *
v.                               *       Collection of Demurrage
                                 *
CARIBBEAN PAPER COMPANY, INC.    *
                                 *
Defendant                        *
*************************************

### ORDER

In the in instant case, the following deadlines set forth in the Court's Case Management Order (**Docket # 8**) have not been complied with:

| | |
|---|---|
| Wednesday, March 3, 1999 | Filing of joint case management memorandum |
| Wednesday, March 3, 1999 | Conclusion of pleadings stage |
| Wednesday, March 17, 1999 | Filing of motions to dismiss |
| Wednesday, August 18, 1999 | Conclusion of discovery |
| Wednesday, September 29, 1999 | Filing of motions for summary judgment |
| Wednesday, November 3, 1999 | Filing of pretrial order |

Accordingly, the parties are hereby **ORDERED** to inform the Court about the status of this case within **five (5) days** of this order. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

In San Juan, Puerto Rico, this _3_ day of November, 1999.

/s/ SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)

