IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 16 AM 9 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Sea-Land Service, Inc.
_____
Plaintiff(s)

v.

Caribbean Paper Co., Inc.
_____
Defendant(s)

Civil No. 98-1984 (SEC)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 11/9/99    DOCKET #: 16    TITLE: Motion in compliance with Order

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED            [ ] DENIED

[✓] NOTED              [ ] MOOT

| COMMENTS |
|---|

Defendant shall announce its new legal representation by December 30, 1999.

December 14, 1999
DATE

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge

(17)