IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SEA LAND SERVICE, INC. | * |
| Plaintiff | * Civil No. 98-1984(SEC) |
| v. | * |
| CARIBBEAN PAPER COMPANY, INC. | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The firm of Mercado & Soto, PSC is seeking to withdraw as counsel for the defendant on account of their inability to communicate with the defendant, notwithstanding their numerous attempts to do so. **(Docket # 18)**. Accordingly, it is hereby **ORDERED** as follows:

1. Mercado & Soto, PSC's motion to withdraw is **GRANTED**;

2. the defendant shall have until **February 15, 2000** to retain and announce new legal representation;

3. the Clerk of the Court shall **NOTIFY** this order to the defendant to: Mr. Adrián Silva, President, Caribbean Paper Compay, P.O. Box 9163, Humacao, PR 00792.

The defendant's failure to comply with this order may result in the imposition of sanctions, including entry of default.

**SO ORDERED.**

In San Juan, Puerto Rico, this _4_ day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

s/c: Adrián Silva 02/7/00

AO 72A
(Rev. 8/82)