IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICE, INC.              *
                                    *
Plaintiff                           *    Civil No. 98-1984(SEC)
                                    *
v.                                  *
                                    *
CARIBBEAN PAPER COMPANY, INC.       *
                                    *
Defendant                           *
*************************************

## ORDER

The parties are hereby **ORDERED** to inform the Court **within five (5) days from the entry date of this order** about the status of this action. Defendant shall also inform whether it has been able to retain new counsel. The Clerk of the Court shall **NOTIFY** this order to defendant to: Mr. Adrián Silva, President, Caribbean Paper Company, P.O. Box 9163, Humacao, PR 00792.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

s/c: Adrián Silva 3/24/00

AO 72A
(Rev. 8/82)