UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICES, INC.
    Plaintiff
       v.                  Civil No. 98-1984(SEC)
CARIBBEAN PAPER CO., INC.
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 22**<br>Plaintiff's "Motion in Compliance with Order" | **Noted.** Plaintiff is hereby **ordered** to move for entry of default and default judgment. |

DATE: April 26, 2000

SALVADOR E. CASELLAS
United States District Judge

