IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



SEA LAND SERVICES, INC.

   Plaintiff
      VS.                                    CIVIL NO. 98-1984 (SEC)

CARIBBEAN PAPER COMPANY, INC
   Defendant

---

### DESCRIPTION OF MOTION

DATE FILED: 7/17/00   DOCKET: #24   TITLE: MOTION FOR ENTRY OF DEFAULT

[x] Plffs.          [ ] Defts.

### O-R-D-E-R

DEFAULT OF DEFENDANT

IS HEREBY ENTERED.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

7/18/00                      BY: Olga Vega
DATE                         DEPUTY CLERK

