IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICES, INC.

    Plaintiff

v.

CARIBBEAN PAPER COMPANY, INC.

    Defendant

Civil No. 98-1984(SEC)
Collection of Demurrage

## JUDGMENT

Plaintiff having submitted a motion for default judgment on June 17, 2000 **(Docket # 24)**, and pursuant to Fed. R. Civ. P. 55(b)(2), the Court hereby **ORDERS** and **ADJUDGES** that defendant Caribbean Paper Company, Inc. **pay** plaintiff Sea-Land Services, Inc. **thirty six thousand eight hundred and twenty five dollars ($36,825.00)** for demurrage owed, and **twelve thousand eight hundred and eighty eight dollars and seventy five cents ($12,888.75)** corresponding to a collection expense fee, for a total amount of **forty nine thousand seven hundred and thirteen dollars and seventy five cents ($49,713.75)**, plus interest, costs and attorneys fees. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)